UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | | |
|---|---|---|---|
| JAMES D. DUNCAN, | ) | | |
| Plaintiff, | ) ) ) | | |
| v. | ) ) | No: | 3:20-CV-8-TAV-HBG |
| ANDERSON COUNTY, TN and SOUTHERN HEALTH PARTNERS, | ) ) ) | | |
| Defendants. | ) ) | | |

## JUDGMENT ORDER

In accordance with the Memorandum Opinion entered herewith, Defendants motions for summary judgment [Doc. 119 and 121] are **GRANTED**, and this pro se prisoner's civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED WITH PREJUDICE**.

Because the Court has **CERTIFIED** in the Memorandum Opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**ENTER:**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
s/ John L. Medearis
CLERK OF COURT